IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ESAU POREE | § | |
| VS. | § | CIVIL ACTION NO.   1:19-cv-292 |
| ROCHELLE P. ROGERS | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Esau Poree, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Rochelle P. Rogers.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Defendant's Motion to Dismiss (Doc. #22) and dismissing the action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge (Doc. #33.) filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge is **ADOPTED**. Defendant's

Motion to Dismiss is **GRANTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the 27 day of **January, 2022.**

                                              Thad Heartfield
                                              United States District Judge